# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TOMAS & BERNICE CORNELL | ) | Case No: 08-22743 |
| | ) | Chapter 7 |
| | ) | |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

| | |
|---|---:|
| Claim 3 – Ashley Funding Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603 | $4.47 |
| Claim 4 – Ashley Funding Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603 | $2.61 |
| Claim 5 – Ashley Funding Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603 | $2.57 |
| Claim 6 – Ashley Funding Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603 | $0.65 |
| Claim 7 – Ashley Funding Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603 | $0.67 |
| Claim 8 – Ashley Funding Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603 | $1.11 |
| Claim 19 – CCSI, PO Box 10428, Merrillville, IN 46410 | $2.40 |

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 118 in amount of $14.48 payable to the Clerk, U.S. Bankruptcy Court.

Dated: March 16, 2011

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on March 16, 2011, a true and complete copy of the above document was served by:
Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov
Attorney Frank Hernandez - mer@geracilaw.com

Regular Mail to:
Thomas & Bernice Cornell, 673 Joe Martin Road, Lowell, IN 46356
Ashley Funding Services, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603
CCSI, PO Box 10428, Merrillville, IN 46410

/s/Kenneth A. Manning, Trustee
Kenneth A. Manning, Trustee